UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PETER MARCHESE, individually, and PETER
MARCHESE, Derivatively on Behalf of Nominal
Defendant, UNION BUILT P.C., INC.,

                              Plaintiffs,

      -against-

RUDY KOCH and BRANDON WEBER,

                             Defendants,

      and

UNION BUILT P.C., INC.,

                         Nominal Defendant.

-------------------------------------------------------------------X

Civil Action No.:
CV 09 4723 (SJF) (MB)

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

       Plaintiffs, Peter Marchese, Individually and Derivatively on behalf of nominal defendant

Union Built P.C., Inc., and the Defendants, Rudy Koch, Brandon Weber and Union Built P.C.,

Inc., have entered into a Settlement Agreement dated April 30, 2010 resolving this matter. A

copy the Settlement Agreement, together with an amendment thereto also dated April 30, 2010,

has been separately filed with the Court.

       Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties, by and through the undersigned attorneys of record, hereby stipulate that the above

captioned action is voluntarily dismissed, with prejudice.

Dated: May 13, 2010

_____
Denise E. Skeete, Esq. (DS 9814)
Mitchell Pollack & Associates, PLLC
150 White Plains Road, Suite 310
Tarrytown, New York 10530
(914) 332-0700

_____
Joseph E. Macy, Esq. (JM 9076)
Berkman, Henoch, Peterson & Peddy, P.C.
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200

So ORDERED

5/17/10